NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARNOLD C. KYHN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7003

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-2349.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs moves without opposition for a 21-day extension of time, until April 13, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

MAR 2 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Perry A. Pirsch, Esq.
     Steven M. Mager, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK